UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACKSON ROBINO ROBLES-GODINEZ,

Petitioner,

v. Case No.: 2:26-cv-02764-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER,

Respondent.

______________________________/

**OPINION AND ORDER**

Before the Court are Jackson Robino Robles-Godinez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Robles-Godinez is a native and citizen of Guatemala who entered the United States without inspection in 2021. Immigration and Customs Enforcement detained him on September 9, 2026. On September 24, 2026, Immigration Judge Frank Pimentel found Robles-Godinez to be a flight risk and denied release on bond. Robles-Godinez argues the immigration judge failed to properly consider and weigh the evidence and reached an incorrect conclusion. But the proper way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Robles-Godinez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 22, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record